UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MEYERS PARKING SYSTEMS, INC.

V.                                                     CASE NUMBER: CIVIL 98-2449 (RLA)

UNION DE TRABAJADORES DE
ESTACIONAMIENTO INDEPENDIENTE

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: 12/29/98  Docket # 2<br>[X] Plffs      [ ] Defts<br>[ ] Other<br><br>Title: Motion Pursuant to Local Rules of this Court, Rule 108 | GRANTED. |

| MOTION | RULING |
|---|---|
| Date Filed: 1/27/99  Docket # 5<br>[ ] Plffs      [X] Defts<br>[ ] Other<br><br>Title: Motion Requesting Extension of Time to Answer or Reply to Complaint | MOOT. |

September 15, 1999                RAYMOND L. ACOSTA
Date                              U.S. District Judge

Rec'd:        EOD:

By:           #10