IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 APR 10 AM 8 32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MEYERS PARKING SYSTEMS, INC.,

    Plaintiff,

    v.

UNION DE TRABAJADORES DE
ESTACIONAMIENTO INDEPENDIENTE,

    Defendant.

CIVIL NO. 98-2449 (RLA)

## MINUTES OF INITIAL SCHEDULING CONFERENCE
## HELD ON APRIL 6, 2000

At the Initial Scheduling Conference held on April 6, 2000 from 3:15 p.m. to 3:25 p.m. plaintiff was represented by JAIRO MELLADO-VILLAREAL, ESQ. and ZULEIKA LLOVET-ZURINAGA, ESQ. and defendant by LUIS FRED SLAGADO, ESQ.

Counsel advised that they had reached a settlement agreement as part of the local proceedings. However, prior approval by the P.R. LABOR DEPARTMENT is required which the parties expect will be granted within the next 30 days.

Based on the foregoing, the parties were given until **May 31, 2000** to file a voluntary dismissal in this case.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 6th day of April, 2000.

RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)