IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MEYERS PARKING SYSTEMS, INC.

    Plaintiff,

    v.                                CIVIL NO. 98-2449 (RLA)

UNION DE TRABAJADORES DE
ESTACIONAMIENTO INDEPENDIENTE

    Defendant.

## FINAL JUDGMENT

The parties' request for voluntary dismissal with prejudice, (see Settlement Stipulation, **docket No. 16,** filed on June 16, 2000) is hereby **GRANTED**. Accordingly, it is

HEREBY ORDERED AND ADJUDGED that the complaint filed against UNION DE TRABAJADORES DE ESTACIONAMIENTO INDEPENDIENTE be and the same is hereby DISMISSED without prejudice.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30th day of June, 2000.

                                  RAYMOND L. ACOSTA
                                  United States District Judge

AO 72
(Rev 8/82)