IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MEYERS PARKING SYSTEMS, INC.

    Plaintiff,

    v.                              CIVIL NO. 98-2449 (RLA)

UNION DE TRABAJADORES DE
ESTACIONAMIENTO INDEPENDIENTE

    Defendant.

### AMENDED FINAL JUDGMENT

The Motion to Amend Final Judgment (**docket No. 18**, filed by the parties on July 7, 2000) is hereby **GRANTED**. Accordingly, it is

HEREBY ORDERED and ADJUDGED that the "SETTLEMENT, INDEMNITY, AND CONFIDENTIALITY AGREEMENT, RELEASE, AND COVENANT NOT TO SUE", signed and executed by the parties on April 28, 2000, is hereby incorporated *in extenso;* and

IT IS FURTHER ORDERED and ADJUDGED that the complaint filed against UNION DE TRABAJADORES DE ESTACIONAMIENTO INDEPENDIENTE and the counterclaim filed by the UNION against MEYERS PARKING SYSTEMS, INC., be and the same are hereby **DISMISSED with prejudice.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 20th day of July, 2000.

                    RAYMOND L. ACOSTA
                    United States District Judge

AO 72
(Rev 8/82)